CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Oswaldo Ajqui-Ruiz** <br> YOB: 1999; Citizen of Guatemala | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 25-01245MJ |

Complaint for violations of Title 18, United States Code, Sections 111(a)(1) & (b); Title 8, United States Code, Section 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**COUNT 1**: On or about October 28, 2025, at or near Sasabe, in the District of Arizona, **Oswaldo Ajqui-Ruiz** did intentionally and forcibly assault Air Interdiction Agent M.E., an officer of the United States, while he was engaged in and on account of the performance of his official duties, using a deadly or dangerous weapon, to wit: throwing a rock that struck a helicopter piloted by Agent M.E., intentionally threatening Agent M.E. with an apparent ability to inflict injury and causing reasonable apprehension of immediate bodily harm, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

**COUNT 2**: On or about October 28, 2025, at or near Sasabe, in the District of Arizona, **Oswaldo Ajqui-Ruiz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on January 29, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On October 28, 2025, United States Border Patrol agents (BPAs) responded to an activated ground sensor in the Baboquivari mountain range, near Sasabe, Arizona. When they arrived, agents were notified that three individuals wearing camouflage clothing and carrying camouflage backpacks were traveling in the area. A Customs and Border Protection helicopter, model Airbus H-125, piloted by Air Interdiction Agent (AIA) M.E., arrived in the area to assist BPA R.N., who was on the ground, in locating the subjects.

Agents located two subjects in camouflage clothing. As BPA R.N. moved in to make an arrest, AIA M.E. covered BPA R.N. from the air. During the apprehension, one of the two subjects, **Oswaldo Ajqui-Ruiz**, reached down on the ground, picked up a rock, and threw it at the helicopter. AIA M.E. attempted to navigate the helicopter upward. However, the rock hit the main rotor blade and windscreen. AIA M.E. landed the helicopter at the nearest landing site. During post-flight inspection, damage from the rock was located on the rotor blades. **Cont'd on next page.**

| DETENTION REQUESTED <br><br> *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title) <br> *[signature]* <br> OFFICIAL TITLE <br> Border Patrol Agent Carlo A. Moreno |
|---|---|
| Sworn by telephone  x <br> SIGNATURE OF MAGISTRATE JUDGE[1] <br> *[signature]* | DATE <br> October 30, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: RW

Cont'd from previous page

**Oswaldo Ajqui-Ruiz** is a citizen of Guatemala. On January 29, 2025, **Oswaldo Ajqui-Ruiz** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On October 28, 2025, agents found **Oswaldo Ajqui-Ruiz** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Oswaldo Ajqui-Ruiz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.